STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
FRANK JOHAN COUMOU
Assistant United States Attorney
Nevada Bar No. 4577
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
frank.coumou@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANTHONY BOURQUE,<br><br>Defendant. | Case No. 2:17-cr-00131-KJD-VCF<br><br>**STIPULATION FOR EXTENTION OF TIME TO FILE REPLY TO THE DEFENDANT'S MOTION TO SUPPRESS EVIDENCE DUE TO FOURTH AMENDMENT VIOLATIONS (DOC. #39)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven Myhre, Acting United States Attorney, and Frank J. Coumou, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Miguel Anthony Bourque, that the Response to the Defendant's Motion to Suppress Evidence Due to Fourth Amendment Violations, currently due on September 21, 2017, be vacated and continued and reset for September, 29, and the Defendant's reply to be due on October 6, 2017.

This Stipulation is entered into for the following reasons:

1. Counsel for the United States needs the additional time to draft his Response.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance and extension of time.

Dated this 21st day of September, 2017.

| | |
|---|---|
| RENE L. VALLARDES<br>Federal Public Defender | STEVEN MYHRE<br>Acting United States Attorney |
| By /s/Nisha Brooks-Whittington<br>Nisha Brooks-Whittington<br>Assistant Federal Public Defender | By /s/ Frank J. Coumou<br>Frank J. Coumou<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL ANTHONY BOURQUE,

    Defendant.

Case No. 2:17-cr-00131-KJD-VCF

**ORDER**

    IT IS THEREFORE ORDERED that the Response to the Defendant's Motion to Suppress Evidence Due to Fourth Amendment Violations currently due on September 21, 2017, be vacated and continued to September 29, 2017, and the Reply due on October 6, 2017.

    Dated this 21st day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDEGE