# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MIGUEL ANTHONY BOURQUE,<br><br>  Defendants. | 2:17-cr-00131-KJD-VCF<br><br>**ORDER** |

Before the Court is the Motion to Suppress Evidence Due to Fourth Amendment Violations (ECF No. 39).

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing on the Motion to Suppress Evidence Due to Fourth Amendment Violations (ECF No. 39) is scheduled for 11:00 AM, November 1, 2017, in Courtroom 3D.

DATED this 12th day of October, 2017.

  CAM FERENBACH
  UNITED STATES MAGISTRATE JUDGE