# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL ANTHONY BOURQUE,

    Defendant.

Case No. 2:17-cr-00131-KJD-VCF

**ORDER**

    Presently before the Court is Defendant Miguel Anthony Bourque's Motion for Leave to File a Reply Pursuant to Local Rule IB 3-1(a) (#38). No response in opposition has been filed, though the time for doing so has passed. Having read and considered the motion and good cause being found, the Court grants the motion. Defendant shall have up to and including Tuesday, October 24, 2017, to file a reply to the Government's response to Defendant's Objections to the Magistrate Judge's Order to Shackle Defendant (#37).

**IT IS SO ORDERED.**

    DATED this 16th day of October, 2017.

                                                 Kent J. Dawson
                                               United States District Judge