RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Miguel Anthony Bourque

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br> MIGUEL ANTHONY BOURQUE,<br><br>  Defendant. | Case No. 2:17-cr-00131-KJD-VCF<br><br>**MOTION TO WITHDRAW THE MOTION TO SUPPRESS & VACATE EVIDENTIARY HEARING** |

COMES NOW the defendant, MIGUEL ANTHONY BOURQUE, by and through his counsel of record, NISHA BROOKS-WHITTINGTON, Assistant Federal Public Defender, and hereby files this Motion to Withdraw the Motion to Suppress Evidence Due to Fourth Amendment Violations and Vacate the Evidentiary Hearing. This Motion is based upon the attached Memorandum of Points and Authorities and all of the papers and pleadings on file herein.

DATED this 25th day of October, 2017.

                                            RENE L. VALLADARES
                                            Federal Public Defender

                                By:  */s/ Nisha Brooks-Whittington*
                                            NISHA BROOKS-WHITTINGTON
                                            Assistant Federal Public Defender
                                            Attorney for Miguel Anthony Bourque

**MEMORANDUM OF POINTS AND AUTHORITIES**

On September 13, 2017, Miguel Anthony Bourque ("Mr. Bourque") filed a Motion to Suppress Evidence Due to Fourth Amendment Violations ("Motion to Suppress"). ECF No. 39. The government filed its response to the Motion to Suppress on September 29, 2017. ECF No. 44. On October 11, 2017, Mr. Bourque filed his Reply. ECF No. 48. An evidentiary hearing is currently scheduled for November 1, 2017 at 11:00 a.m. ECF No. 49. The parties have negotiated the case rendering the motion and evidentiary hearing unnecessary. Mr. Bourque, through his attorney of record, Nisha Brooks-Whittington, hereby respectfully requests that this Court withdraw his Motion to Suppress and vacate the evidentiary hearing.

DATED this 25th day of October, 2017.

            Respectfully submitted,
            RENE L. VALLADARES
            Federal Public Defender

        By: */s/ Nisha Brooks-Whittington*
            NISHA BROOKS-WHITTINGTON
            Assistant Federal Public Defender
            Attorney for Miguel Anthony Bourque

IT IS HEREBY ORDERED that the evidentiary hearing scheduled for November 1, 2017 is VACATED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-26-2017

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 25, 2017, she served an electronic copy of the above and foregoing **MOTION TO WITHDRAW THE MOTION TO SUPPRESS & VACATE EVIDENTIARY HEARING** by electronic service (ECF) to the person named below:

STEVEN W. MYHRE
Acting United States Attorney
FRANK JOHAN COUMOU
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Cecilia Valencia*
Employee of the Federal Public Defender