# United States District Court
# for
# the District of Nevada

---

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**October 18, 2019**

---

Name of Offender: **Miguel Anthony Bourque**

Case Number: **2:17CR00131**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **June 6, 2018**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **February 25, 2019**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

---

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Community Service – You must complete 40 hours of community service within 3 months. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.**

---

## CAUSE

On September 24, 2019, our office filed a violation report (Document #68) requesting modification of release conditions to include 24 hours of community service work. The recommendation for modification was in response to the offender having missed five (5) drug tests. As of today's, date, this request remains pending for Your Honor's consideration. We are requesting document #68 be rescinded in lieu of this modification request, as Bourque missed another drug test.

Prob12B
D/NV Form
Rev. June 2014

By way of case history, on February 25, 2019, Bourque commenced supervised release. As a condition of release, Bourque is required to submit to drug and alcohol testing. Bourque has failed to report for drug testing on six (6) occasions. Bourque has a significant history of drug abuse and his continued missed drug tests are cause for concern. The Probation Office can only surmise his failures to report for testing are to avoid detection of drug use. In response, Bourque's drug testing has been increased. To his credit, Bourque has maintained steady employment, has played an active role with his wife and children and is compliant with his treatment requirements.

To impress upon Bourque the importance of reporting for drug and alcohol testing as scheduled, we respectfully request his conditions of supervised release be modified to include 40 hours of community service to be completed within three months. Bourque agrees with the modification as witnessed by his signature on the attached waiver. Bourque has been warned continued failures to report for drug testing will result in our office seeking additional punitive action, up to revocation proceedings.

Respectfully submitted,

Todd J. Fredlund
2019.10.18
12:51:51 -07'00'

_____
Todd J Fredlund
Supervisory United States Probation Officer

## THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

_____
Signature of Judicial Officer

 10/22/2019
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Community Service** – You must complete 40 hours of community service within three months. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

Witness _____  Signed _____
          U.S. Probation Officer                          Probationer or Supervised Releasee

_____
Date 10/18/19